B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION (CHICAGO) | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Labayen, Francis J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): **Labayen, Gloria O.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-6234** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-1111** |

| Street Address of Debtor (No. and Street, City, and State): **8402 Buckingham Ct. Willow Springs, IL** | ZIP CODE **60480** | Street Address of Joint Debtor (No. and Street, City, and State): **8402 Buckingham Ct. Willow Springs, IL** | ZIP CODE **60480** |
|---|---|---|---|
| County of Residence or of the Principal Place of Business: **Cook** | | County of Residence or of the Principal Place of Business: **Cook** | |
| Mailing Address of Debtor (if different from street address): | ZIP CODE | Mailing Address of Joint Debtor (if different from street address): | ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |
|---|---|

**Type of Debtor** (Form of Organization) (Check one box.)

- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/10)                                                                                                      Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Francis J. Labayen** **Gloria O. Labayen** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
                                                          Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): **Francis J. Labayen** |
| *(This page must be completed and filed in every case)* | **Gloria O. Labayen** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Francis J. Labayen
   **Francis J. Labayen**

**X** /s/ Gloria O. Labayen
   **Gloria O. Labayen**

   Telephone Number (If not represented by attorney)

   **9/29/2011**
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

**X** /s/ Mark R. Schottler
   **Mark R. Schottler**          Bar No. **6238871**

**Schottler & Associates**
**10 S. LaSalle St.**
**Suite 1130**
**Chicago, IL 60603**

Phone No._____ Fax No._____

   **9/29/2011**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
   Signature of Authorized Individual

_____
   Printed Name of Authorized Individual

_____
   Title of Authorized Individual

_____
   Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Francis J. Labayen**                                    Case No. _____
         **Gloria O. Labayen**                                                      (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:    **Francis J. Labayen**                                    Case No. _____
          **Gloria O. Labayen**                                                      (if known)

          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Francis J. Labayen** _____
                        Francis J. Labayen

Date: ____**9/29/2011**____

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:    **Francis J. Labayen**                                  Case No.  _____
             **Gloria O. Labayen**                                                         (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Francis J. Labayen**                                              Case No. _____
         **Gloria O. Labayen**                                                                 (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐   4. I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐   Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

   ☐   Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Gloria O. Labayen** _____
                          Gloria O. Labayen

Date:   **9/29/2011** _____

B6A (Official Form 6A) (12/07)

In re  **Francis J. Labayen**                                Case No. _____
       **Gloria O. Labayen**                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 8402 Buckingham Ct., Willow Springs, IL 60480 Single Family Home- Debtors' principal residence. Property is in a trust, beneficiaries are Debtor and Joint Debtor. | Fee Simple | J | $425,000.00 | $427,483.10 |
| 5830-5834 West 28th St., Cicero, IL 60804 20 Unit Residential Building. Property is in a trust, beneficiares are Debtor and Joint Debtor. | Fee Simple | J | $665,146.00 | $692,376.58 |
| 5017 W. 14th St., Cicero, IL 60804 17 Unit Residential Building. Property is in a trust, beneficiares are Debtor and Joint Debtor. | Fee Simple | J | $450,000.00 | $654,212.80 |
| 9435 S. 86th Ct. Hickory Hills, IL 60457 8 Unit Residential Building. Property is in a trust, beneficiares are Debtor and Joint Debtor. | Fee Simple | J | $377,425.00 | $496,518.46 |
| 2024 N. 19th Ave., Melrose Park, IL 60160 12 Unit Building. Property is in a trust, beneficiary is F&G Properties, LLC. | Fee Simple | J | $589,017.00 | $669,766.20 |
| 2645 Ridgeland Ave., Berwyn, IL 60402 Nine Unit Residential Building. Property is in a trust, beneficiares are Debtor and Joint Debtor. | Fee Simple | J | $461,150.00 | $582,178.16 |
| 2404/06 of the Ocean Resort Villas Condominium Starwood Timeshares in Maui | Fee Simple | J | $10,000.00 | $35,000.00 |
| 4602 Lawndale, Lyons, IL 60534 8 Unit Residential Building. Property is in a trust, beneficiary is Property Investors, LLC. | Fee Simple | J | $270,645.00 | $340,477.60 |
| Starwood Desert Willow Timeshare Time share- currently rented out. | Fee Simple | J | $1,000.00 | $3,838.61 |
| 5424 W. 26th., Cicero, IL 60804 12 Unit Residential Building. Property is in a trust, beneficiares are Debtor and Joint Debtor. | Fee Simple | J | $374,079.00 | $835,826.69 |

B6A (Official Form 6A) (12/07) - Cont.

In re  **Francis J. Labayen**                                    Case No. _____
       **Gloria O. Labayen**                                                    (if known)

# SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 6929 Pershing Road., Stickney, IL 60402<br>16 Unit Residential Building.  Property is in a trust, beneficiary is Property Investors, LLC. | Fee Simple | J | $696,068.00 | $702,775.30 |
| 10731 South Lloyd Drive, Worth, IL 60482<br>12 Unit Residential Building.  Property is in foreclosure and has been appointed a Receiver. | Fee Simple | J | $600,000.00 | $637,747.70 |
| 3441 S. Central Ave., Cicero, IL 60804<br>12 Unit Residential Building- Property is in foreclosure and has been appointed a Receiver. | Fee Simple | J | $400,000.00 | $903,502.68 |
| 4911 Columbus, Oak Lawn, IL 60453<br>12 Unit Residential Building | Fee Simple | J | $600,000.00 | $1,178,170.00 |
|  |  |  | Total: | **$5,919,530.00** |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Francis J. Labayen**
     **Gloria O. Labayen**

Case No. _____
               (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Personal Checking account at MB Financial Bank | J | $100.00 |
| | | Business Checking account at State Bank of Countryside for F&G Properties.  Debtor is custodian of this account. | J | $100.00 |
| | | Two personal Checking accounts at Citibank | J | $0.00 |
| | | Business Checking account at Citibank for F&G Real Estate.  Debtor is custodian of the account. | J | $700.00 |
| | | Business Checking account at PNC Bank for Propety Investors, LLC, Debtor is custodian of account | J | $0.00 |
| | | Personal Checking account at First Merit Bank | W | $250.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Normal and necessary household goods, laptops, appliances, furniture, electronics, etc. | J | $4,300.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Travel souvenirs, birthday figurines, skis/boots | J | $100.00 |
| 6. Wearing apparel. | | Normal and necessary wearing apparel | J | $1,000.00 |
| 7. Furs and jewelry. | | Misc. Costume Jewelry | J | $1,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Francis J. Labayen**                                    Case No. _____
       **Gloria O. Labayen**                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | IRA with Equity Trust Co. | J | $250,000.00 |
| | | GE Pension Plan | H | $35,000.00 |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | Debtors are 100% owners of F&G Real Estate Inc., F&G Properties LLC Series 1, 2, 3 | J | $100.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | Debtors are 79% owner of Property Investors | J | $100.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Debtors are owed approximately $100,000.00 in back due rent and eviction costs from various tenants.  Approximately | J | $100,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Francis J. Labayen**                                    Case No. _____
     **Gloria O. Labayen**                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 70 lawsuits have been filed and taken to judgment in the Circuit Court of Cook County for these eviction matters.  To date, no money has been collected on these lawsuits. | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Francis J. Labayen**                                    Case No. _____
**Gloria O. Labayen**                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Lexus GX470- vehicle owned by F&G Real Estate and Debtor.  Value reflects Debtor's 1/2 interest in vehicle. | J | $7,250.00 |
| | | 2006 Jeep Commander- vehicle jointly owned by Debtor and co-owner Salvador Corona (who operates and maintans vehicle).  Value reflects Debtor's 1/2 interest in vehicle. | J | $3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Fax machine, desktop computer, telephone, tables and chairs | J | $200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Pressure washer, compressor, rodder, power tools, hand tools, snow blower, lawn mower | J | $250.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Francis J. Labayen**                          Case No. _____
      **Gloria O. Labayen**                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Total  >**   $403,450.00

B6C (Official Form 6C) (4/10)

In re  **Francis J. Labayen**                                Case No. _____
       **Gloria O. Labayen**                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $146,450.*

☐ 11 U.S.C. § 522(b)(2)

☑ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 8402 Buckingham Ct., Willow Springs, IL 60480 Single Family Home- Debtors' principal residence.  Property is in a trust, beneficiares are Debtor and Joint Debtor. | 735 ILCS 5/12-901 | $0.00 | $425,000.00 |
| Personal Checking account at MB Financial Bank | 735 ILCS 5/12-1001(b) | $100.00 | $100.00 |
| Business Checking account at State Bank of Countryside for F&G Properties.  Debtor is custodian of this account. | 735 ILCS 5/12-1001(b) | $100.00 | $100.00 |
| Two personal Checking accounts at Citibank | 735 ILCS 5/12-1001(b) | $0.00 | $0.00 |
| Business Checking account at Citibank for F&G Real Estate.  Debtor is custodian of the account. | 735 ILCS 5/12-1001(b) | $700.00 | $700.00 |
| Business Checking account at PNC Bank for Propety Investors, LLC, Debtor is custodian of account | 735 ILCS 5/12-1001(b) | $0.00 | $0.00 |
| Personal Checking account at First Merit Bank | 735 ILCS 5/12-1001(b) | $250.00 | $250.00 |
| Normal and necessary household goods, laptops, appliances, furniture, electronics, etc. | 735 ILCS 5/12-1001(b) | $4,300.00 | $4,300.00 |
| Travel souvenirs, birthday figurines, skis/boots | 735 ILCS 5/12-1001(b) | $100.00 | $100.00 |
| Normal and necessary wearing apparel | 735 ILCS 5/12-1001(a), (e) | $1,000.00 | $1,000.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment.* | | **$6,550.00** | **$431,550.00** |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **Francis J. Labayen**                          Case No. _____
       **Gloria O. Labayen**                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Misc. Costume Jewelry | 735 ILCS 5/12-1001(b) | $1,000.00 | $1,000.00 |
| IRA with Equity Trust Co. | 735 ILCS 5/12-1006 | $250,000.00 | $250,000.00 |
| GE Pension Plan | 735 ILCS 5/12-1006 | $35,000.00 | $35,000.00 |
| 2004 Lexus GX470- vehicle owned by F&G Real Estate and Debtor.  Value reflects Debtor's 1/2 interest in vehicle. | 735 ILCS 5/12-1001(c) | $4,800.00 | $7,250.00 |
| 2006 Jeep Commander- vehicle jointly owned by Debtor and co-owner Salvador Corona (who operates and maintans vehicle).  Value reflects Debtor's 1/2 interest in vehicle. | 735 ILCS 5/12-1001(c) | $0.00 | $3,000.00 |
| | | $297,350.00 | $727,800.00 |

B6D (Official Form 6D) (12/07)

In re  **Francis J. Labayen**　　　　　　　　　　　　　　Case No. _____
　　　　**Gloria O. Labayen**　　　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx5029**<br><br>**Central Federal Savings and Loan**<br>**5953 W. Cermak**<br>**Cicero, IL 60804** | | H | DATE INCURRED: **12/22/2006**<br>NATURE OF LIEN:<br>**Purchase Money Security Interest**<br>COLLATERAL:<br>**2006 Jeep Commander**<br>REMARKS:<br><br>VALUE: **$3,000.00** | | | | **$1,203.00** | |
| ACCT #: **xxxxxxx/xxxxx6688**<br><br>**Citibank Commercial Real Estate**<br>**fka Wells Fargo**<br>**PO Box 193928**<br>**San Francisco, CA 94119** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**3441 S. Central Ave., Cicero, IL 60804**<br>REMARKS:<br><br>VALUE: **$400,000.00** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxx5057**<br><br>**Citibank Commercial Real Estate**<br>**PO Box 193928**<br>**San Francisco, CA 94119** | X | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**4911 Columbus Dr., Oak Lawn, IL 60453**<br>REMARKS:<br><br>VALUE: **$600,000.00** | | | | **$740,000.00** | **$140,000.00** |
| ACCT #: **xxxxxxxxx/xxx5040**<br><br>**Citibank Commercial Real Estate**<br>**fka Wells Fargo Bank**<br>**PO Box 193928**<br>**San Francisco, CA 94119** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**10731 South Lloyd Drive, Worth, IL 60482**<br>REMARKS:<br><br>VALUE: **$600,000.00** | | | | **Notice Only** | **Notice Only** |

Subtotal (Total of this Page) >　　**$741,203.00**　　**$140,000.00**

Total (Use only on last page) >

_____**5**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Francis J. Labayen**                                    Case No. _____
       **Gloria O. Labayen**                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx0352**<br><br>**Citibank N.A.**<br>**PO BOX 688923**<br>**Des Moines, IA 50368** | | H | DATE INCURRED: **12/17/2007**<br>NATURE OF LIEN:<br>**Home Equity Loan**<br>COLLATERAL:<br>**8402 Buckingham Ct., Willow Springs, IL 60480**<br>REMARKS:<br><br>VALUE: **$425,000.00** | | | | **$247,344.06** | |
| ACCT #: **xxxx-xx-x6275**<br><br>**Citibank NA**<br>**c/o Hauselman  & Rappin**<br>**39 S. LaSalle St.**<br>**Chicago, IL 60603** | X | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Attorneys for - Citibank**<br>COLLATERAL:<br>**4911 Columbus, Oak Lawn, IL 60453**<br>REMARKS:<br><br>VALUE: **$600,000.00** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xx-2343**<br><br>**Denise Gorss**<br>**3921 South Custer Ave.**<br>**Lyons, IL 60534** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Second Mortgage**<br>COLLATERAL:<br>**2645 Ridgeland Ave., Berwyn, IL 60402**<br>REMARKS:<br><br>VALUE: **$461,150.00** | | | | **$65,000.00** | |
| ACCT #: **xxxx-xx-x7446**<br><br>**Hauselman & Rappin**<br>**39 S. LaSalle**<br>**Chicago, IL  60603** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Attorney for - Citibank/WellsFargo/KeyBank**<br>COLLATERAL:<br>**10731 South Lloyd Drive, Worth, IL 60482**<br>REMARKS:<br><br>VALUE: **$600,000.00** | | | | **Notice Only** | **Notice Only** |

Sheet no. ___**1**___ of ___**5**___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >  **$312,344.06**   **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Francis J. Labayen**                                          Case No. _____
   **Gloria O. Labayen**                                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx-xx-x6688**<br><br>**Hauselman & Rappin**<br>**39 S. LaSalle**<br>**Chicago, IL  60603** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Attorney for - Citibank/Wells Fargo/KeyBank**<br>COLLATERAL:<br>**3441 S. Central Ave., Cicero, IL 60804**<br>REMARKS:<br><br>VALUE:                                    **$400,000.00** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xx-xxx6352**<br><br>**Keybank Real Estate Capital**<br>**11501 Outlook Street**<br>**Suite 300**<br>**Overland Park, KS 66211** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**10731 South Lloyd Drive, Worth, IL 60482**<br>REMARKS:<br><br>VALUE:                                    **$600,000.00** | | | | **$637,747.70** | **$37,747.70** |
| ACCT #: **xx-xxx6355**<br><br>**Keybank Real Estate Capital**<br>**11501 Outlook Street**<br>**Suite 300**<br>**Overland Park, KS 66211** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**3441 S. Central Ave., Cicero, IL 60804**<br>REMARKS:<br><br>VALUE:                                    **$400,000.00** | | | | **$465,332.68** | **$65,332.68** |
| ACCT #: **xxxxx7787**<br><br>**Marquette Bank**<br>**9612 W. 143rd Street**<br>**Orland Park, IL 60462** | X | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**5424 W. 26th St., Cicero, IL 60804 and 3 other pro**<br>REMARKS:<br>**Marquette Bank has a wrap around**<br>**lien on 4 properties:**<br>**1. 5424 W. 26th St., Cicero, IL 60804**<br>**2. 4911 Columbus, Oak Park, IL 60453**<br>**3. 10731 South Lloyd Drive, Worth, IL** | | | | **$438,170.00** | **$438,170.00** |

Sheet no. ____**2**____ of ____**5**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >     **$1,541,250.38**     **$541,250.38**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Francis J. Labayen**                                    Case No. _____
    **Gloria O. Labayen**                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | 60482<br>4. 3441 S. Central Ave., Cicero, IL 60804<br><br><br>VALUE: **$1,374,079.00** | | | | | |
| ACCT #:<br><br>**Marvin E. Gorss & Dorothy Gorss**<br>**3225 S. Harvey Ave.**<br>**Berwyn, IL 60402** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**2404/06 of the Ocean Resort Villas Condominium**<br>REMARKS:<br><br>VALUE: **$10,000.00** | | | | **$35,000.00** | **$25,000.00** |
| ACCT #: **xxxxxxxxx/xxxxx9455**<br><br>**PNC Bank**<br>**One Financial Parkway**<br>**Mail Code Z1-YB43-02-1**<br>**Kalamazoo, MI 49009** | X | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**4602 Lawndale, Lyons, IL 60534**<br>REMARKS:<br><br>VALUE: **$270,645.00** | | | | **$340,477.60** | **$69,832.60** |
| ACCT #: **xxxxx5793**<br><br>**PNC Bank, N.A.**<br>**Midland Loan Services**<br>**PO BOX 25965**<br>**Shawnee Mission, KS 66225-5965** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**5830-5834 West 28th St., Cicero, IL 60804**<br>REMARKS:<br><br>VALUE: **$665,146.00** | | | | **$692,376.58** | **$27,230.58** |

Sheet no. ____3____ of ____5____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) > **$1,067,854.18** | **$122,063.18**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Francis J. Labayen**                                    Case No. _____
       **Gloria O. Labayen**                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxx6036**<br><br>**PNC Bank, N.A.**<br>**Midland Loan Services**<br>**PO BOX 25965**<br>**Shawnee Mission, KS 66225-5965** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**5017 W. 14th St., Cicero, IL 60804**<br>REMARKS:<br><br>VALUE: **$450,000.00** | | | | **$654,212.80** | **$204,212.80** |
| ACCT #: **xxxxxxxxx/xxxxx9448**<br><br>**PNC Bank, N.A.**<br>**PO BOX 340777**<br>**Pittsburgh, PA 15230-7777** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**5424 26th., Cicero, IL 60804**<br>REMARKS:<br><br>VALUE: **$374,079.00** | | | | **$397,656.69** | **$23,577.69** |
| ACCT #: **xxxxxxxxx/xxxxx9479**<br><br>**PNC BANK, N.A.**<br>**PO BOX 340777**<br>**Pittsburgh, PA 15230-7777** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**2645 Ridgeland Ave., Berwyn, IL 60402**<br>REMARKS:<br><br>VALUE: **$461,150.00** | | | | **$517,178.16** | **$121,028.16** |
| ACCT #: **xxxxxxxxx/xxxxx9461**<br><br>**PNC BANK, N.A.**<br>**PO BOX 340777**<br>**Pittsburgh, PA 15230-7777** | X | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**6929 Pershing Road., Stickney, IL 60402**<br>REMARKS:<br><br>VALUE: **$696,068.00** | | | | **$702,775.30** | **$6,707.30** |

Sheet no. ____**4**____ of ____**5**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >      **$2,271,822.95**      **$355,525.95**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Francis J. Labayen**                                    Case No. _____
       **Gloria O. Labayen**                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxxx-x0001**<br><br>**State Bank of Countryside**<br>**Loan Department**<br>**6734 Joliet Road**<br>**Countryside, IL 60525** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**9435 S. 86th Ct. Hickory Hills, IL 60457**<br>REMARKS:<br><br>VALUE: **$377,425.00** | | | | **$496,518.46** | **$119,093.46** |
| ACCT #: **xxxxxxxxxx-x0004**<br><br>**State Bank of Countryside**<br>**Loan Department**<br>**6734 Joliet Road**<br>**Countryside, IL 60525** | X | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**2024 N. 19th Ave., Melrose Park, IL 60160**<br>REMARKS:<br><br>VALUE: **$589,017.00** | | | | **$669,766.20** | **$80,749.20** |
| ACCT #: **xxxxxx/xxxx xx/xxxx xx2065**<br><br>**SVO Portfolio Services, Inc.**<br>**an Affiliate of WVC Rancho Mirage, Inc.**<br>**PO BOX 105629**<br>**Atlanta, GA 30348-5629** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Starwood Desert Willow Timeshare**<br>REMARKS:<br><br>VALUE: **$1,000.00** | | | | **$3,838.61** | **$2,838.61** |
| ACCT #: **xxxxxx0723**<br><br>**Winona National Bank**<br>**PO BOX 499**<br>**Winona, MN 55987** | | H | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**8402 Buckingham Ct., Willow Springs, IL 60480**<br>REMARKS:<br><br>VALUE: **$425,000.00** | | | | **$180,139.04** | **$2,483.10** |

Sheet no. _____**5**_____ of _____**5**_____ continuation sheets attached      Subtotal (Total of this Page) >      **$1,350,262.31**      **$205,164.37**
to Schedule of Creditors Holding Secured Claims                              Total (Use only on last page) >      **$7,284,736.88**      **$1,364,003.88**

                                                                                                            (Report also on          (If applicable,
                                                                                                            Summary of              report also on
                                                                                                            Schedules.)             Statistical
                                                                                                                                    Summary of
                                                                                                                                    Certain Liabilities
                                                                                                                                    and Related
                                                                                                                                    Data.)

B6E (Official Form 6E) (04/10)

In re  **Francis J. Labayen**                                          Case No. _____
       **Gloria O. Labayen**                                                        (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Francis J. Labayen**                       Case No. _____
        **Gloria O. Labayen**                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **3418**<br>**Accounts Receivables Management**<br>**PO BOX 561**<br>**Thorofare, NJ 08086-0561** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Citibank/The Home Depot**<br>REMARKS: | | | | $41,288.31 |
| ACCT #:<br>**Ace Plumbing & Sewer, Inc.**<br>**5801 S. McVicker**<br>**Chicago, IL 60638** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and Services**<br>REMARKS: | | | | $250.00 |
| ACCT #:  **x-x1002**<br>**American Express**<br>**PO BOX 981535**<br>**El Paso, TX 79998** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $21,673.06 |
| ACCT #:  **xxxxxxxxxxxx/xxxxxxxx8859**<br>**Americollect**<br>**PO BOX 1566**<br>**Manitowoc, WI 54221-1566** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Peoples Gas**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Arnold Siegel**<br>**Attorney At Law**<br>**20 North Clark Street**<br>**Suite 2200**<br>**Chicago, IL 60602** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $11,891.00 |
| ACCT #:  **xxxx-xxxx-xxxx-7113**<br>**AT&T Universal Card**<br>**c/o Citibank**<br>**PO Box 6241**<br>**Sioux Falls, SD 57117** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $11,386.02 |

|  | Subtotal > | $86,488.39 |
|---|---|---|
| **7** continuation sheets attached | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) |  |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Francis J. Labayen**                                    Case No. _____
       **Gloria O. Labayen**                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xx3862**<br>**Baker & Miller, P.C.**<br>**29 N. Wacker Drive**<br>**5th Floor**<br>**Chicago, IL 60606** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Discover Bank**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xx98-05**<br>**Bank of America**<br>**PO BOX 15026**<br>**Wilmington, DE 19850-5026** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$44,163.00** |
| ACCT #:  **xxxx-xxx3284**<br>**Blitt & Gaines, P.C.**<br>**661 W. Glennn Avenue**<br>**Wheeling, IL 60090-** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Attorneys for - Citibank**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xx5231**<br>**Blitt & Gaines, P.C.**<br>**661 W. Glennn Avenue**<br>**Wheeling, IL 60090-** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Attorneys for - American Express**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxx/9270**<br>**Bonded Collection Corp.**<br>**29 E. Madison Street**<br>**Suite 1650**<br>**Chicago, IL 60602** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Bank of America**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-7945**<br>**Capital Management Services, Inc.**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Citibusiness Card Mastercard**<br>REMARKS: | | | | **$34,960.49** |

Sheet no. ____**1**____ of ____**7**____ continuation sheets attached to                    **Subtotal >** | **$79,123.49**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Francis J. Labayen**     Case No. _____
**Gloria O. Labayen**                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-5727**<br>**Capital Management Services, Inc.**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Chase Bank USA**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-8474**<br>**Capital Management Services, Inc.**<br>**726 Exchange Street**<br>**Suite 700**<br>**Buffalo, NY 14210** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Citibank- The Home Depot**<br>REMARKS: | | | | **$28,997.15** |
| ACCT #:  **xxxx-xxxx-xxxx-4937**<br>**Capital One**<br>**Attn: Bankruptcy Department**<br>**PO Box 85167**<br>**Richmond, VA 23285-5167** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$8,566.06** |
| ACCT #:  **xxxx-xxxx-xxxx-2053**<br>**Capital One**<br>**Attn: Bankruptcy Department**<br>**PO Box 85167**<br>**Richmond, VA 23285-5167** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$33,033.52** |
| ACCT #:  **xx xx xxxxx/xxxxxx544-6**<br>**Central Federal Savings and Loan**<br>**5953 W. Cermak**<br>**Cicero, IL 60804** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Mortgage Deficiency**<br>REMARKS:<br>**Property address: 4310 Amelia Ave., Lyons, IL 60534** | | | | **$0.00** |
| ACCT #:  **xx xx xxxxx/xxxxxx607-8**<br>**Central Federal Savings and Loan**<br>**5953 W. Cermak**<br>**Cicero, IL 60804** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Mortgage Deficiency**<br>REMARKS:<br>**Property address: 7228 West Pershing Road, Unit 1W, Lyons, IL 60534** | | | | **$0.00** |

Sheet no. ____**2**____ of ____**7**____ continuation sheets attached to          Subtotal >     **$70,596.73**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Francis J. Labayen**                              Case No. _____
      **Gloria O. Labayen**                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx xx xxxxx/xxxxxx607-8**<br>**Central Federal Savings and Loan**<br>**c/o Samuel Alfassa**<br>**9038 N. LaCrosse Ave.**<br>**Skokie, IL 60077** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Mortgage Deficiency**<br>REMARKS:<br>**Property address: 7228 W. Pershing Road., #1, Lyons, IL** | | | | **Notice Only** |
| ACCT #:  **xx xx xxxxx/xxxxxx544-6**<br>**Central Federal Savings and Loan**<br>**c/ Samuel Alfassa**<br>**9038 N. LaCrosse Ave.**<br>**Skokie, IL 60077** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Mortgage Deficiency**<br>REMARKS:<br>**Property address: 4310 Amelia Ave., Lyons, IL** | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-1550**<br>**Chase Card Services**<br>**PO Box 659409**<br>**San Antonio, TX 78265** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$6,291.00** |
| ACCT #:  **xxxx-xxxx-xxxx-5727**<br>**Chase Card Services**<br>**PO Box 659409**<br>**San Antonio, TX 78265** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$24,481.86** |
| ACCT #:  **xxxx-xxxx-xxxx-7945**<br>**Citibank**<br>**PO BOX 6000**<br>**The Lakes, NV 89163-6000** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$34,960.49** |
| ACCT #:  **x0960**<br>**Citibank**<br>**PO BOX 6000**<br>**The Lakes, NV 89163-6000** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$200.00** |

Sheet no. ____**3**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$65,933.35**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Francis J. Labayen**                              Case No. _____
       **Gloria O. Labayen**                                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxxx-xxxx-7181**<br>**Citibank**<br>**PO BOX 6000**<br>**The Lakes, NV 89163-6000** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$16,954.00** |
| ACCT #:  **xxxx-xxxx-9273**<br>**Citibank**<br>**PO BOX 6000**<br>**The Lakes, NV 89163-6000** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$8,566.00** |
| ACCT #:  **xxxxx9319**<br>**Client Services, Inc.**<br>**3451 Harry S. Truman Blvd.**<br>**St. Charles, MO  63301** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Citibank NA**<br>REMARKS: | | | | **$1,397.60** |
| ACCT #:  **xxxxx1771**<br>**Client Services, Inc.**<br>**3451 Harry S. Truman Blvd.**<br>**St. Charles, MO  63301** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Citibank/The Home Depot**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx-xxxx-xxxx/xxxxxxxxxx-xxxx0-012**<br>**Credit Collection Services**<br>**PO Box 55126**<br>**Boston, MA 02205-5126** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Allstate Idemnity Company**<br>REMARKS: | | | | **$312.01** |
| ACCT #:  **xxxx-xxxx-8950**<br>**Discover**<br>**PO BOX 15316**<br>**Wilmington, DE 19850-5316** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$10,082.16** |

Sheet no. ____**4**____ of ____**7**____ continuation sheets attached to                                    **Subtotal >**   **$37,311.77**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                                                      **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Francis J. Labayen**  Case No. _____
       **Gloria O. Labayen**                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xx0128**<br>**Freedman, Anselmo, Lindberg, & Rappe**<br>**PO Box 3228**<br>**Naperville, IL 60566** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for - Capital One Bank**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-2831**<br>**GE Money Bank LOC**<br>**PO BOX 530913**<br>**Atlanta, GA 30353-0913** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Line of Credit**<br>REMARKS: | | | | **$18,467.44** |
| ACCT #:  **xxxx-xxxx-7581**<br>**Home Depot Credit Services**<br>**PO BOX 653000**<br>**Dallas, TX 75265-3000** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$23,988.00** |
| ACCT #:  **xxxxxxxxx/xxxxx-xx9524**<br>**LTD Financial Services, LP**<br>**7322 Southwest Freeway, Ste 160**<br>**Houston, TX 77074** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Citi Commercial Accounts**<br>REMARKS:<br>**F&G Properties, LLC** | | | | **$38,333.34** |
| ACCT #:  **xxxxxxx3328**<br>**Marquette Bank**<br>**9612 W. 143rd Street**<br>**Orland Park, IL 60462** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Breach of Contract**<br>REMARKS:<br>**F&G Properties** | | | | **Notice Only** |
| ACCT #:  **xxxx-x-xx3328**<br>**Marquette Bank**<br>**c/o MULHERIN REHFELDT VARCHET**<br>**211 S. Wheaton #200**<br>**Wheaton, IL 60187** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Breach of Contract**<br>REMARKS:<br>**F&G Properties, LLC** | | | | **Notice Only** |

Sheet no. ____5____ of ____7____ continuation sheets attached to      **Subtotal >**      **$80,788.78**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Francis J. Labayen**                                    Case No. _____
       **Gloria O. Labayen**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Mary Zepeda**<br>**1425 W. 17th St.**<br>**Chicago, IL 60608** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **$4,000.00** |
| ACCT #:  **xxxxxxxx/xx1246**<br>**Monarch Recovery Management, Inc.**<br>**10965 Decatur Road**<br>**Philadelphia, PA 19154-3210** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Citicorp Diners Club**<br>REMARKS: | | | | **$45,426.62** |
| ACCT #:  **xxxx-xxxx-xxxx-1550**<br>**Nationwide Credit, Inc.**<br>**2002 Summit Blvd., STE 600**<br>**Atlanta, GA 30319-1559** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Chase Bank**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxx-xxxx-7181**<br>**NCO Financial Services**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Citibank N.A.**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxx/xxxxxxx0000**<br>**NCO Financial Services**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Nicor Gas**<br>REMARKS: | | | | **$607.99** |
| ACCT #:  **xxxxxxxx/xxxxxx7904**<br>**NCO Financial System Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Nicor Gas**<br>REMARKS:<br>**F&G Properties** | | | | **$1,512.05** |

Sheet no. ____**6**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$51,546.66**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Francis J. Labayen**           Case No. _____
        **Gloria O. Labayen**                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx/xxxxxx7904<br>**Nicor Gas**<br>**1844 W. Ferry Rd**<br>**Naperville, IL 60563-9662** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Utility Bills**<br>REMARKS:<br>**F&G Properties** | | | | **Notice Only** |
| ACCT #:  xxxx-xxxx-xxxx-7945<br>**Northland Group, Inc.**<br>**PO Box 390846**<br>**Edina, MN  55439** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Citibank NA**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxxxxxxx8859<br>**Peoples Energy**<br>**130 E. Randolph Dr.**<br>**Chicago, IL 60601** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$179.44** |
| ACCT #:  xxxxx9099<br>**State Bank of Countryside**<br>**Loan Department**<br>**6734 Joliet Road**<br>**Countryside, IL 60525** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Mortgage Deficiency**<br>REMARKS:<br>**Property address: 1427 W. 17th St., Chicago, IL** | | | | **Notice Only** |
| ACCT #:  xxxxxx-xx-xx3043<br>**SVO Portfolio Services, Inc.**<br>**an Affiliate of WVC Rancho Mirage, Inc.**<br>**PO BOX 22197**<br>**Lake Buena Vista, FL 32830-2197** | | H | DATE INCURRED:  **9/1/10**<br>CONSIDERATION:<br>**Mortgage deficiency**<br>REMARKS:<br>**Desert Willow Timeshare** | | | | **Notice Only** |
| ACCT #:  xxxxxx/xx9333<br>**The Law Offices of P.N. Financial Assoc.**<br>**PO BOX 1431**<br>**Skokie, IL 60076** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Alamo**<br>REMARKS: | | | | **$943.93** |

Sheet no. ____7____ of ____7____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | **Subtotal >** | **$1,123.37** |
| | **Total >** | **$472,912.54** |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Francis J. Labayen**                                     Case No. _____
       **Gloria O. Labayen**                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Alicia Jennings**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 5017 W. 14th St., Cicero, IL.<br>Contract to be ASSUMED |
| **Alicia Parks**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL.<br>Contract to be ASSUMED |
| **Ana Saldana**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL.<br>Contract to be ASSUMED |
| **Angel Perales**<br>c/o F&G Real Estate, Inc.<br>8402 Commerce Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 2645 Ridgeland Ave., Berwyn, IL.<br>Contract to be ASSUMED |
| **Armando Santoyo**<br>c/o F&G Real Estate Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 2024 N. 19th Ave., Melrose Park, IL.<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Francis J. Labayen**                                      Case No. _____
       **Gloria O. Labayen**                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Bertel Jackson** c/o F&G Real Estate, Inc. 8402 Buckingham Ct. Willow Springs, IL 60480 | Month to month residential lease. Property address: 5830-5834 West 28th St., Cicero, IL. Contract to be ASSUMED |
| **Bonnie Oneal** c/o F&G Real Estate, Inc. 8402 Buckingham Ct., Willow Springs, IL 60480 | Month to month residential lease. Property address 4602 Lawndale, Lyons, IL. Contract to be ASSUMED |
| **Brenda Burres** c/o F&G Real Estate, Inc. 8402 Buckingham Ct. Willow Springs, IL 60480 | Month to month residential lease. Property address: 5017 W. 14th St., Cicero, IL. Contract to be ASSUMED |
| **Candice Goyette** c/o F&G Real Estate, Inc. 8402 Buckingham Ct., Willow Springs, IL 60480 | Month to month residential lease. Property address: 6929 Pershing Road., Stickney, IL. Contract to be ASSUMED |
| **Catherine Lucas** c/o F&G Real Estate, Inc. 8402 Buckingham Ct., Willow Springs, IL 60480 | Month to month residential lease. Property address: 5017 W. 14th St., Cicero, IL. Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re **Francis J. Labayen**
**Gloria O. Labayen**

Case No. _____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Catina Elem** c/o F&G Real Estate, Inc. 8402 Buckingham Ct. Willow Springs, IL 60480 | Month to month residential lease Property address: 5424 W. 26th, Cicero, IL Contract to be ASSUMED |
| **Charles Denton** c/o F&G Real Estate, Inc. 8402 Buckingham Ct. Willow Springs, IL 60480 | Month to month residential lease. Property address: 5017 W. 14th St., Cicero, IL. Contract to be ASSUMED |
| **Chris Jicha** c/o F&G Real Estate, Inc. 8402 Buckingham Ct. Willow Springs, IL 60480 | Month to month residential lease. Property address: 6929 Pershing Road., Stickney, IL. Contract to be ASSUMED |
| **Courtney Miles** c/o F&G Real Estate, Inc. 8402 Buckingham Ct. Willow Springs, IL 60480 | Month to month residential lease. Property address: 5017 W. 14th St., Cicero, IL. Contract to be ASSUMED |
| **Covanda Kincaid** c/o F&G Real Estate, Inc. 8402 Buckingham Ct. Willow Springs, IL 60480 | Month to month residential lease Property address: 5424 W. 26th, Cicero, IL. Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Francis J. Labayen**
       **Gloria O. Labayen**

Case No. _____
          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 3*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Criselda Smith** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60480 | Month to month residential lease. <br> Property address: 9435 S. 86th Ct. Hickory Hills, IL. <br> Contract to be ASSUMED |
| **Damion Flowers** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60480 | Month to month residential lease. Property address: 6929 Pershing Road., Stickney, IL. <br> Contract to be ASSUMED |
| **Darryl Streets** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60480 | Month to month residential lease. Property address: 4911 Columbus, Oak Lawn, IL. <br> Contract to be ASSUMED |
| **David Camillotto** <br> c/o F&G Properties, Inc. <br> 8402 Buckingham Ct. <br> Willow Sprnigs, IL 60480 | Month to month residential lease. Property address: 4911 Columbus, Oak Lawn, IL. <br> Contract to be ASSUMED |
| **Dominique Brown** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60480 | Month to month residential lease. <br> Property address: 5830-5834 West 28th St., Cicero, IL. <br> Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Francis J. Labayen**                                    Case No. _____
       **Gloria O. Labayen**                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 4*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Don Thompson**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 6929 Pershing Road., Stickney, IL.<br>Contract to be ASSUMED |
| **Donna Watson**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 6929 Pershing Road., Stickney, IL.<br>Contract to be ASSUMED |
| **Dorothy Johnson**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 5017 W. 14th St., Cicero, IL.<br>Contract to be ASSUMED |
| **Edgar Novoa**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 2024 N. 19th Ave., Melrose Park, IL.<br>Contract to be ASSUMED |
| **Edward and Loretta Craig**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 4911 Columbus, Oak Lawn, IL.<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Francis J. Labayen**                                    Case No. _____
       **Gloria O. Labayen**                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 5*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Elaine Buckhalter**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 5017 W. 14th St., Cicero, IL.<br>Contract to be ASSUMED |
| **Frank Cuffan**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Sprnigs, IL 60480 | Month to month residential lease. Property address: 6929 Pershing Road., Stickney, IL.<br>Contract to be ASSUMED |
| **George Gilbert**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 4911 Columbus, Oak Lawn, IL.<br>Contract to be ASSUMED |
| **George Stinson**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 6929 Pershing Road., Stickney, IL.<br>Contract to be ASSUMED |
| **Glen Sills**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL.<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Francis J. Labayen**                                  Case No. _____
       **Gloria O. Labayen**                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 6*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Gloria Harris and Curtis Griffin**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 5017 W. 14th St., Cicero, IL.<br>Contract to be ASSUMED |
| **Gustavo Contreras**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 6929 Pershing Road., Stickney, IL.<br>Contract to be ASSUMED |
| **Gustavo Nunez**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address 4602 Lawndale, Lyons, IL.<br>Contract to be ASSUMED |
| **Hoslett Cardoves**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease<br>Property address: 5424 W. 26th., Cicero, IL.<br>Contract to be ASSUMED |
| **Irene Orozco**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 2024 N. 19th Ave., Melrose Park, IL.<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Francis J. Labayen**                                       Case No. _____
         **Gloria O. Labayen**                                                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 7*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Jere Lynch**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 5017 W. 14th St., Cicero, IL.<br>Contract to be ASSUMED |
| **Jessie Castillo**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address 4602 Lawndale, Lyons, IL.<br>Contract to be ASSUMED |
| **Jesus Rosaa**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 2024 N. 19th Ave., Melrose Park, IL.<br>Contract to be ASSUMED |
| **Joe Pulido**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 2645 Ridgeland Ave., Berwyn, IL.<br>Contract to be ASSUMED |
| **Joe Taylor**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 5017 W. 14th St., Cicero, IL.<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Francis J. Labayen**                                         Case No. _____
       **Gloria O. Labayen**                                                         (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 8*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Joey and Courtney Pace** c/o F&G Real Estate, Inc. 8402 Buckingham Ct. Willow Springs, IL 60480 | Month to month residential lease. Property address: 4911 Columbus, Oak Lawn, IL. Contract to be ASSUMED |
| **John Hannah** c/o F&G Real Estate, Inc. 8402 Buckingham Ct. Willow Springs, IL 60480 | Month to month residential lease Property address: 5424 W. 26th, Cicero, IL. Contract to be ASSUMED |
| **John Powell** c/o F&G Real Estate, Inc. 8402 Buckingham Ct. Willow Springs, IL 60480 | Month to month residential lease. Property address: 6929 Pershing Road., Stickney, IL. Contract to be ASSUMED |
| **Johnny Petty** c/o F&G Real Estate, Inc. 8402 Buckingham Ct. Willow Springs, IL 60480 | Month to month residential lease Property address: 5424 W. 26th., Cicero, IL. Contract to be ASSUMED |
| **June Castillo** c/o F&G Real Estate, Inc. 8402 Buckingham Ct. Willow Springs, IL 60480 | Month to month residential lease. Property address 9435 S. 86th Ct. Hickory Hills, IL. Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Francis J. Labayen**                                    Case No. _____
**Gloria O. Labayen**                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 9*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Justin Lohrer**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 4911 Columbus, Oak Lawn, IL.<br>Contract to be ASSUMED |
| **Kathleen Valentino**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL.<br>Contract to be ASSUMED |
| **Katricsha Smith**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address 9435 S. 86th Ct. Hickory Hills, IL.<br>Contract to be ASSUMED |
| **LaSonya Elem**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Court<br>Willow Springs, IL 60480 | Month to month residential lease<br>Property address: 5424 W. 26th, Cicero, IL.<br>Contract to be ASSUMED |
| **Latevia Stevenson**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL.<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Francis J. Labayen**                                          Case No. _____
       **Gloria O. Labayen**                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 10*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Lavergne Warfield**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 5017 W. 14th St., Cicero, IL.<br>Contract to be ASSUMED |
| **LB Boyce**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 5017 W. 14th St., Cicero, IL.<br>Contract to be ASSUMED |
| **Lena Santoyo**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 2645 Ridgeland Ave., Berwyn, IL.<br>Contract to be ASSUMED |
| **Lidia Bernal**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL.<br>Contract to be ASSUMED |
| **Lisa Simmons**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 6929 Pershing Road., Stickney, IL.<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Francis J. Labayen**                                    Case No. _____
       **Gloria O. Labayen**                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 11*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Luz Marrero**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL.<br>Contract to be ASSUMED |
| **Luz Vargas**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 64080 | Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL.<br>Contract to be ASSUMED |
| **Marcus Jones**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address 4602 Lawndale, Lyons, IL.<br>Contract to be ASSUMED |
| **Margarito Perez**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 2024 N. 19th Ave., Melrose Park, IL.<br>Contract to be ASSUMED |
| **Maria Duran**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 2024 N. 19th Ave., Melrose Park, IL.<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Francis J. Labayen**                                      Case No. _____
       **Gloria O. Labayen**                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 12*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Mark Hanes**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 2645 Ridgeland Ave., Berwyn, IL.<br>Contract to be ASSUMED |
| **Mark Pilette**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 4911 Columbus, Oak Lawn, IL.<br>Contract to be ASSUMED |
| **Michael LaFaire**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease<br>Propety address: 5424 W. 26th., Cicero, IL.<br>Contract to be ASSUMED |
| **Michael Strawder**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 2645 Ridgeland Ave., Berwyn, IL.<br>Contract to be ASSUMED |
| **Natasha Murray**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL.<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Francis J. Labayen**                                          Case No. _____
       **Gloria O. Labayen**                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 13*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Neal Magouirk**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address 4602 Lawndale, Lyons, IL.<br>Contract to be ASSUMED |
| **Nichelle Warren**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address 9435 S. 86th Ct. Hickory Hills, IL.<br>Contract to be ASSUMED |
| **Norma Eilers**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 2645 Ridgeland Ave., Berwyn, IL.<br>Contract to be ASSUMED |
| **Pedro and Zoraida Rosa**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address: 2024 N. 19th Ave., Melrose Park, IL.<br>Contract to be ASSUMED |
| **Pedro Lopez and Maritza Chavez**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 2645 Ridgeland Ave., Berwyn, IL.<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re **Francis J. Labayen**                                    Case No. _____
       **Gloria O. Labayen**                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 14*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Pete Winchill** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60480 | Month to month residential lease. <br> Property address: 5830-5834 West 28th St., Cicero, IL <br> Contract to be ASSUMED |
| **Peter Bugvillions** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60480 | Month to month residential lease. <br> Property address: 5830-5834 West 28th St., Cicero, IL. <br> Contract to be ASSUMED |
| **Priscilla Johnson** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60480 | Month to month residential lease. Property address: 2645 Ridgeland Ave., Berwyn, IL. <br> Contract to be ASSUMED |
| **Raetell Buchanan** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60480 | Month to month residential lease. <br> Property address 4602 Lawndale, Lyons, IL. <br> Contract to be ASSUMED |
| **Richard and Ann Key** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60480 | Month to month residential lease. Property address: 4911 Columbus, Oak Lawn, IL. <br> Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Francis J. Labayen**                                    Case No. _____
       **Gloria O. Labayen**                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 15*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Ricky Boss** <br> c/o F&G Real Estate <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60480 | Month to month residential lease. Property address: 4911 Columbus, Oak Lawn, IL. <br> Contract to be ASSUMED |
| **Sam Jahiri** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60480 | Month to month residential lease. Property address: 6929 Pershing Road., Stickney, IL. <br> Contract to be ASSUMED |
| **Santos Gutierrez** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Court <br> Willow Springs, IL 60480 | Month to month residential lease <br> Property address: 5424 W. 26th, Cicero, IL. <br> Contract to be ASSUMED |
| **Sean and Linda Murphy** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60480 | Month to month residential lease. <br> Property address: 5830-5834 West 28th St., Cicero, IL. <br> Contract to be ASSUMED |
| **Sharon Holmes** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60482 | Month to month residential lease. <br> Property address: 2024 N. 19th Ave., Melrose Park, IL. <br> Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Francis J. Labayen**                                      Case No. _____
       **Gloria O. Labayen**                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 16*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Sherayne Baker** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60480 | Month to month residential lease. <br> Property address: 5830-5834 West 28th St., Cicero, IL. <br> Contract to be ASSUMED |
| **Shirelle Shaw** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60480 | Month to month residential lease. <br> Property address: 2024 N. 19th Ave., Melrose Park, IL. <br> Contract to be ASSUMED |
| **Stephanie Miles** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60480 | Month to month residential lease. <br> Property address: 5017 W. 14th St., Cicero, IL. <br> Contract to be ASSUMED |
| **Steve Slawomir Piecak** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60480 | Month to month residential lease. <br> Property address: 2024 N. 19th Ave., Melrose Park, IL. <br> Contract to be ASSUMED |
| **Teidra Little** <br> c/o F&G Real Estate, Inc. <br> 8402 Buckingham Ct. <br> Willow Springs, IL 60480 | Month to month residential lease. <br> Property address 4602 Lawndale, Lyons, IL. <br> Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Francis J. Labayen**                                      Case No. _____
       **Gloria O. Labayen**                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 17*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Theresa Osinger Collins** c/o F&G Real Estate, Inc. 8402 Buckingham Ct. Willow Springs, IL 60480 | Month to month residential lease. Property address 4602 Lawndale, Lyons, IL. Contract to be ASSUMED |
| **Theresa Reilly** c/o F&G Real Estate, Inc. 8402 Buckingham Ct. Willow Springs, IL 60480 | Month to month residential lease. Property address: 4911 Columbus, Oak Lawn, IL. Contract to be ASSUMED |
| **Tom and Pam Krezel** c/o F&G Real Estate, Inc. 8402 Buckingham Ct. Willow Springs, IL 60480 | Month to month residential lease. Property address: 6929 Pershing Road., Stickney, IL. Contract to be ASSUMED |
| **Tom Shannon and Kim Schott** c/o F&G Real Estate, Inc. 8402 Buckingham Ct. Willow Springs, IL 60480 | Month to month residential lease. Property address: 6929 Pershing Road., Stickney, IL. Contract to be ASSUMED |
| **Vanessa Beltran** c/o F&G Real Estate, Inc. 8402 Buckingham Ct. Willow Springs, IL 60480 | Month to month residential lease Property address: 5424 W. 26th, Cicero, IL. Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Francis J. Labayen**                                    Case No. _____
       **Gloria O. Labayen**                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 18*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Vanessa McDonald**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease.<br>Property address 9435 S. 86th Ct. Hickory Hills, IL.<br>Contract to be ASSUMED |
| **Verdell Dent**<br>c/o F&G Real Estate Inc.<br>8402 Buckingham Court<br>Willow Springs, IL 60480 | Month to month residential lease<br>Property address: 5424 W. 26th, Cicero, IL.<br>Contract to be ASSUMED |
| **William Wesley**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 4911 Columbus, Oak Lawn, IL.<br>Contract to be ASSUMED |
| **Yohanna Castellanos**<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | Month to month residential lease. Property address: 6929 Pershing Road., Stickney, IL.<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Francis J. Labayen**                                        Case No. _____
       **Gloria O. Labayen**                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **F&G Properties, LLC** | **State Bank of Countryside**<br>Loan Department<br>6734 Joliet Road<br>Countryside, IL 60525 |
| **F&G Properties, LLC** | **Citibank Commercial Real Estate**<br>PO Box 193928<br>San Francisco, CA 94119 |
| **F&G Properties, LLC** | **Citibank NA**<br>c/o Hauselman  & Rappin<br>39 S. LaSalle St.<br>Chicago, IL 60603 |
| **F&G Properties, LLC** | **Marquette Bank**<br>9612 W. 143rd Street<br>Orland Park, IL 60462 |
| **Property Investors, LLC** | **PNC Bank**<br>One Financial Parkway<br>Mail Code Z1-YB43-02-1<br>Kalamazoo, MI 49009 |
| **Property Investors, LLC** | **PNC BANK, N.A.**<br>PO BOX 340777<br>Pittsburgh, PA 15230-7777 |

B6I (Official Form 6I) (12/07)

In re  **Francis J. Labayen**                                    Case No. _____
       **Gloria O. Labayen**                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s):  Child | Age(s): 11 | Relationship(s): | Age(s): |
|  | Child | 19 |  |  |

| **Employment:** | Debtor | | Spouse | |
|---|---|---|---|---|
| Occupation | Project Manager | | Unemployed | |
| Name of Employer | IBM Corporation | | | |
| How Long Employed | 9 months | | | |
| Address of Employer | 700 Locust St. | | | |
|  | DuBuque, IA 52001-6838 | | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $5,421.08 | $0.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | $5,421.08 | $0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
|  | a. Payroll taxes (includes social security tax if b. is zero) | $171.76 | $0.00 |
|  | b. Social Security Tax | $195.02 | $0.00 |
|  | c. Medicare | $67.32 | $0.00 |
|  | d. Insurance | $940.80 | $0.00 |
|  | e. Union dues | $0.00 | $0.00 |
|  | f. Retirement          401k | $541.68 | $0.00 |
|  | g. Other (Specify) | $0.00 | $0.00 |
|  | h. Other (Specify) | $0.00 | $0.00 |
|  | i. Other (Specify) | $0.00 | $0.00 |
|  | j. Other (Specify) | $0.00 | $0.00 |
|  | k. Other (Specify) | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $1,916.58 | $0.00 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $3,504.50 | $0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed stmt | $0.00 | $0.00 |
| 8. | Income from real property | $2,110.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. | Social security or government assistance (Specify): | $0.00 | $0.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (Specify): | | |
|  | a. | $0.00 | $0.00 |
|  | b. | $0.00 | $0.00 |
|  | c. | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $2,110.00 | $0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $5,614.50 | $0.00 |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $5,614.50 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:   **Francis J. Labayen**                                    Case No. _____
         **Gloria O. Labayen**                                                  (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $2,200.00 |
|    a. Are real estate taxes included?  ☑ Yes   ☐ No | |
|    b. Is property insurance included?  ☑ Yes   ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $250.00 |
|            b. Water and sewer | $75.00 |
|            c. Telephone | $125.00 |
|            d. Other:   Cable/Internet | $75.00 |
| 3. Home maintenance (repairs and upkeep) | $100.00 |
| 4. Food | $700.00 |
| 5. Clothing | $100.00 |
| 6. Laundry and dry cleaning | $70.00 |
| 7. Medical and dental expenses | $200.00 |
| 8. Transportation (not including car payments) | $450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|         a. Homeowner's or renter's | $100.00 |
|         b. Life | |
|         c. Health | |
|         d. Auto | $100.00 |
|         e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | $422.00 |
| Specify: Income Tax set aside | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|         a. Auto: | |
|         b. Other: | |
|         c. Other: | |
|         d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other:  See attached personal expenses | $675.00 |
| 17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)** | **$5,642.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.** | |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $5,614.50 |
| b. Average monthly expenses from Line 18 above | $5,642.00 |
| c. Monthly net income (a. minus b.) | ($27.50) |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Francis J. Labayen**                          CASE NO
         **Gloria O. Labayen**
                                                         CHAPTER   **7**

## <u>EXHIBIT TO SCHEDULE J</u>

### Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| Haircuts & Grooming | **$150.00** |
| Travel Expenses from out of state job, i.e. rent | **$350.00** |
| School Fees/Books/Supplies | **$100.00** |
| Auto Repair/License Fees | **$75.00** |
| **Total >** | **$675.00** |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Francis J. Labayen**                                    Case No.
       **Gloria O. Labayen**

                                                              Chapter     **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $5,919,530.00 | | |
| B - Personal Property | Yes | 5 | $403,450.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | $7,284,736.88 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $472,912.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 19 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $5,614.50 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $5,642.00 |
| TOTAL | | 47 | $6,322,980.00 | $7,757,649.42 | |

Form 6 - Statistical Summary (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Francis J. Labayen**                    Case No.
       **Gloria O. Labayen**

                                                 Chapter      **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| **TOTAL** | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4.  Total from Schedule F | | |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Francis J. Labayen**                                    Case No. _____
    **Gloria O. Labayen**                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**49**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **9/29/2011** _____        Signature  **/s/ Francis J. Labayen** _____
                                                                     **Francis J. Labayen**

Date **9/29/2011** _____        Signature  **/s/ Gloria O. Labayen** _____
                                                                      **Gloria O. Labayen**

[If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:    **Francis J. Labayen**                    Case No. _____
          **Gloria O. Labayen**                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $44,875.01 | Year to date apx. income from IBM Corporation employment |
| ($95,202.00) | 2010 |
| ($135,018.00) | 2009 |
| $24,400.00 | apx. net rents received YTD |

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:    **Francis J. Labayen**                    Case No. _____
          **Gloria O. Labayen**                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Citibank South Dakota v. Francis Labayen** 10M1-193284 | **Collections** | **Circuit Court of Cook County** | **Pending** |
| **Discover Bank v. Francis Labayen** 11M1-113862 | **Collections** | **Circuit Court of Cook County** | **Pending** |
| **American Express v. Gloria Labayen** 11M1-105231 | **Collections** | **Circuit Court of Cook County** | **Pending** |
| **Capital One v. Gloria O. Labayen** 11M1-130128 | **Collections** | **Circuit Court of Cook County** | **Pending** |
| **Capital One v. Francis Labayen** 11M1-126047 | **Collections** | **Circuit Court of Cook County** | **Pending** |
| **Wells Fargo Bank, N.A./Citibank Comml Real Estate** 10 CH 27446 | **Foreclosure 10731 South Lloyd Drive Worth, IL 6048 12 Unit Residential Building** | **Circuit Court of Cook County** | **Pending** |
| **Wells Fargo Bank/Citibank Comml Real Estate v. Francis Labayen** 2010-CH-26688 | **Foreclosure 3441 Central, Cicero, IL 12 Unit Residential Building** | **Circuit Court of Cook County** | **Pending** |
| **Citibank Comml Real Estate c/o Hauselman Rappin & Olswang, LTD.** 11CH6275 4911 Columbus, Oak Lawn, IL 12 Unit Residential Building | **Foreclosure** | **Circuit Court of Cook County** | **Pending** |
| **Francis Labayen v. Raetell Buchanan** 2010-M5-001838 | **Eviction** | **Circuit Court of Cook County** | **Judgment for Plaintiff** |
| **Francis Labayen v. Manuel Vargas** 2010-M4-001867 | **Eviction** | **Circuit Court of Cook County** | **Judgment for Plaintiff** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Francis J. Labayen**                                          Case No. _____
            **Gloria O. Labayen**                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

| | | | |
|---|---|---|---|
| **Francis Labayen v. Denise Salazar 2010-M5-001709** | **Eviction** | **Circuit Court of Cook County** | **Judgment for Plaintiff** |
| **Francis Labayen v. Luis Araujo 2010-M4-001793** | **Eviction** | **Circuit Court of Cook County** | **Judgment for Plaintiff** |
| **Francis Labayen v. Niema Schwartz 2010-M4-001718** | **Eviction** | **Circuit Court of Cook County** | **Judgment for Plaintiff** |
| **Francis Labayen v. Alisa Lee 2010-M4-001661** | **Eviction** | **Circuit Court of Cook County** | **Judgment for Plaintiff** |

None
☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐    **5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Central Federal Savings and Loan Association 5953 W. Cermak Road Cicero, IL 60804-2190**<br><br>**10 CH 34486/10CH33486** | **Foreclosure sale date: April 2011** | **4310 Amelia Ave. Lyons, IL 60534 Six Unit Residential Building PIN: 18-01-302-001** |
| **Central Federal Savings and Loan Association 10 CH 47285** | **Foreclosure sale date: May 24, 2011** | **7228 West Pershing Road, Unit 1W, Lyons, IL 60534 100SF Office Condominium** |
| **State Bank of Countryside** | **Deed lin lieu of foreclosure December 2010** | **1427 W 17th St, Chicago, IL Three Unit Residential Building** |

None
☒    **6. Assignments and receiverships**

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  **Francis J. Labayen**                    Case No. _____
        **Gloria O. Labayen**                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

None
☐   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| Court appointed receiver | Wells Fargo Bank/Citibank Comml Real Estate v. Francis Labayen Circuit Court of Cook County 2010-CH-26688 | 2010 | 3441 Central Ave., Cicero, IL |
| Court appointed receiver | Wells Fargo Bank, N.A./Citibank Comml Real Estate 10 CH 27446 Circuit Court of Cook County | 2010 | 10731 South Lloyd Drive Worth, IL 6048 12 Unit Residential Building |

## 7. Gifts

None
☑   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None
☑   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Schottler & Associates 10 S. LaSalle Street Suite1130 Chicago, IL  60603 | 9/16/2011 | $5,001.00 |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **Francis J. Labayen**                                    Case No. _____
         **Gloria O. Labayen**                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Vehicle sold to debtor's daughter** | **June 2011** | **2000 Cadiliac STS apx. 160,000 miles Apx. value at time of transfer: $1500.00** |

---

None ☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Marquette Bank Chicago, IL** | **Checking account $0.00** | **May 2011** |

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Salvador Corona 1431 W 17th St, Chicago, IL 60608** | **2006 Jeep Commander - $10,000** | **1431 W 17th St, Chicago, IL 60608** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Francis J. Labayen**                                    Case No. _____
         **Gloria O. Labayen**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☑ **15. Prior address of debtor**

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

None ☑ **16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑ a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑ b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑ c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  **Francis J. Labayen**                                     Case No. _____
        **Gloria O. Labayen**                                                        (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

**18. Nature, location and name of business**

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **F&G Properties, LLC**<br>**26-0084817**<br>**8402 Buckingham Ct.**<br>**Willow Springs, IL 60480**<br><br>**Debtor: 10% owner**<br>**Joint Debtor: 10% owner**<br>**IRA w/Equity Trust- 80& owner** | **Real Estate Rentals** | **7/1/2004-present** |
| **F&G Properties, LLC Series 1**<br>**26-3076282**<br>**8402 Buckingham Ct.**<br>**Willow Springs, IL 60480**<br><br>**Debtor: 50% owner**<br>**Joint Debtor: 50% owner** | **Real Estate Rentals** | **07/03/2008-present** |
| **Property Investors, LLC**<br>**20-5139792**<br>**8402 Buckingham Ct.**<br>**Willow Springs, IL 60480**<br><br>**Debtors: 79% owners**<br>**Investor Rez Jimenez, 7228 Pershing Road # 2E, Lyons, IL 60534: 9% owner**<br>**Investor: Steven Cuffan, 1324 Euclid, Berwyn, IL 60402: 12% owner** | **Real Estate Rentals** | **7/12/2006-present** |
| **F&G Properties, LLC Series 2**<br>**26-3076325**<br>**8402 Buckingham Ct.**<br>**Willow Springs, IL 60480**<br>**Debtor: 50% owner**<br>**Joint Debtor: 50% owner** | **Real Estate Rentals** | **7/3/2008-present** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:  **Francis J. Labayen**                                                    Case No.  _____
        **Gloria O. Labayen**                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

| | | |
|---|---|---|
| **F&G Properties, LLC Series 3**<br>**26-3076452**<br>**8402 Buckingham Ct.**<br>**Willow Springs, IL 60480** | **Real Estate Rentals** | **7/3/2008-** |

**Debtor: 33% owner**
**Joint Debtor: 33% owner**
**Investor Francisco Campos, 4804 S. Linder,**
**Chicago, IL 60638: 33% owner**

| | | |
|---|---|---|
| **F&G Real Estate, LLC**<br>**20-4432354**<br>**8402 Buckingham Ct.**<br>**Willow Springs, IL 60480** | **Real estate brokerage, proeprty**<br>**management and property** | **3/21/2006-present** |

**Debtor: 51% owner**
**Joint Debtor: 49% owner**

---

None
☑   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

None
☐   **19. Books, records and financial statements**

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                                     **DATES SERVICES RENDERED**
**Francis Labayen**
**8402 Buckingham Ct,**
**Willow Springs, IL 60480**

---

None
☑   b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None
☑   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☐   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

**NAME AND ADDRESS**                                     **DATE ISSUED**
**Central Federal Savings and Loan**            **2010**
**5953 West Cermak Road**
**Cicero, IL 60804**

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **Francis J. Labayen**                                        Case No. _____
         **Gloria O. Labayen**                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 8*

**Citibank Commercial Real Estate Group**
**PO BOX 193928**
**San Francisco, CA 94119**

**Marquette Bank**
**9612 W. 143rd St.**
**Orland Park, IL 60462**

**MB Financial Bank, N.A.**                             **2010**
**800 W. Madison St.,**
**Chicago, IL 60607**

**PNC Bank, N.A.**                                       **2010**
**PO BOX 34077**
**Pittsburgh, PA 15230-7777**

**State Bank of Countryside**                            **2010**
**6734 Joliet Rd.**
**Countryside, IL 60525**

**Winona National Bank**                                 **2010**
**PO BOX 499**
**Winona, MN 55987**

---

### 20. Inventories

None ☑  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑  b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None ☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **Francis J. Labayen**                                        Case No. _____
         **Gloria O. Labayen**                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 9*

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __9/29/2011_____          Signature _____/s/ Francis J. Labayen_____
                                            of Debtor     *Francis J. Labayen*

Date __9/29/2011_____          Signature _____/s/ Gloria O. Labayen_____
                                            of Joint Debtor  *Gloria O. Labayen*
                                            (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Francis J. Labayen**                                    CASE NO
         **Gloria O. Labayen**
                                                                   CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>Central Federal Savings and Loan<br>5953 W. Cermak<br>Cicero, IL 60804<br>xxxxxx5029 | **Describe Property Securing Debt:**<br>2006 Jeep Commander |

Property will be (check one):
☐ Surrendered      ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt      ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Francis J. Labayen**                                    CASE NO
        **Gloria O. Labayen**
                                                                 CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| Property No.   2 | |
|---|---|
| **Creditor's Name:**<br>Citibank Commercial Real Estate<br>PO Box 193928<br>San Francisco, CA 94119<br>xxx5057 | **Describe Property Securing Debt:**<br>4911 Columbus Dr., Oak Lawn, IL 60453 |

Property will be (check one):
☒ Surrendered         ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt         ☐ Not claimed as exempt

| Property No.   3 | |
|---|---|
| **Creditor's Name:**<br>Citibank N.A.<br>PO BOX 688923<br>Des Moines, IA 50368<br>xxxxxx0352 | **Describe Property Securing Debt:**<br>8402 Buckingham Ct., Willow Springs, IL 60480 |

Property will be (check one):
☐ Surrendered         ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt         ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Francis J. Labayen**                                   CASE NO
          **Gloria O. Labayen**
                                                                 CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 2*

| Property No.   4 | |
|---|---|
| **Creditor's Name:**<br>Denise Gorss<br>3921 South Custer Ave.<br>Lyons, IL 60534<br>xx-2343 | **Describe Property Securing Debt:**<br>2645 Ridgeland Ave., Berwyn, IL 60402 |

Property will be (check one):
  ☐ Surrendered      ☑ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☑ Reaffirm the debt
  ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
  ☐ Claimed as exempt        ☐ Not claimed as exempt

| Property No.   5 | |
|---|---|
| **Creditor's Name:**<br>Keybank Real Estate Capital<br>11501 Outlook Street<br>Suite 300<br>Overland Park, KS 66211<br>xx-xxx6352 | **Describe Property Securing Debt:**<br>10731 South Lloyd Drive, Worth, IL 60482 |

Property will be (check one):
  ☑ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
  ☐ Claimed as exempt        ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Francis J. Labayen**                                          CASE NO
         **Gloria O. Labayen**
                                                                         CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 3*

| Property No.   6 | |
|---|---|
| **Creditor's Name:**<br>Keybank Real Estate Capital<br>11501 Outlook Street<br>Suite 300<br>Overland Park, KS 66211<br>xx-xxx6355 | **Describe Property Securing Debt:**<br>3441 S. Central Ave., Cicero, IL 60804 |

Property will be (check one):
☑ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt          ☐ Not claimed as exempt

| Property No.   7 | |
|---|---|
| **Creditor's Name:**<br>Marquette Bank<br>9612 W. 143rd Street<br>Orland Park, IL 60462<br>xxxxx7787 | **Describe Property Securing Debt:**<br>5424 W. 26th St., Cicero, IL 60804 and 3 other pro |

Property will be (check one):
☑ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt          ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Francis J. Labayen**
         **Gloria O. Labayen**

CASE NO

CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 4*

---

Property No.   8

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| Marvin E. Gorss & Dorothy Gorss<br>3225 S. Harvey Ave.<br>Berwyn, IL 60402 | 2404/06 of the Ocean Resort Villas Condominium |

Property will be (check one):
☒ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☐ Not claimed as exempt

---

Property No.   9

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| PNC Bank<br>One Financial Parkway<br>Mail Code Z1-YB43-02-1<br>Kalamazoo, MI 49009<br>xxxxxxxxx/xxxxx9455 | 4602 Lawndale, Lyons, IL 60534 |

Property will be (check one):
☐ Surrendered        ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt        ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Francis J. Labayen**                                      CASE NO
         **Gloria O. Labayen**
                                                                    CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 5*

| Property No.   10 | |
|---|---|
| **Creditor's Name:**<br>PNC Bank, N.A.<br>Midland Loan Services<br>PO BOX 25965<br>Shawnee Mission, KS 66225-5965<br>xxxxx5793 | **Describe Property Securing Debt:**<br>5830-5834 West 28th St., Cicero, IL 60804 |

Property will be (check one):
- [ ] Surrendered        [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt        [ ] Not claimed as exempt

| Property No.   11 | |
|---|---|
| **Creditor's Name:**<br>PNC Bank, N.A.<br>Midland Loan Services<br>PO BOX 25965<br>Shawnee Mission, KS 66225-5965<br>xxxxx6036 | **Describe Property Securing Debt:**<br>5017 W. 14th St., Cicero, IL 60804 |

Property will be (check one):
- [ ] Surrendered        [x] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [x] Reaffirm the debt
- [ ] Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- [ ] Claimed as exempt        [ ] Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Francis J. Labayen**
         **Gloria O. Labayen**

CASE NO

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 6*

| Property No.   12 | |
|---|---|
| **Creditor's Name:**<br>PNC Bank, N.A.<br>PO BOX 340777<br>Pittsburgh, PA 15230-7777<br>xxxxxxxxx/xxxxx9448 | **Describe Property Securing Debt:**<br>5424 26th., Cicero, IL 60804 |

Property will be (check one):
☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt    ☐ Not claimed as exempt

| Property No.   13 | |
|---|---|
| **Creditor's Name:**<br>PNC BANK, N.A.<br>PO BOX 340777<br>Pittsburgh, PA 15230-7777<br>xxxxxxxxx/xxxxx9479 | **Describe Property Securing Debt:**<br>2645 Ridgeland Ave., Berwyn, IL 60402 |

Property will be (check one):
☐ Surrendered    ☑ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☑ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Francis J. Labayen**                              CASE NO
**Gloria O. Labayen**
                                                            CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 7*

| Property No.   14 | |
|---|---|
| **Creditor's Name:**<br>PNC BANK, N.A.<br>PO BOX 340777<br>Pittsburgh, PA 15230-7777<br>xxxxxxxxx/xxxxx9461 | **Describe Property Securing Debt:**<br>6929 Pershing Road., Stickney, IL 60402 |

Property will be (check one):
☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt      ☐ Not claimed as exempt

| Property No.   15 | |
|---|---|
| **Creditor's Name:**<br>State Bank of Countryside<br>Loan Department<br>6734 Joliet Road<br>Countryside, IL 60525<br>xxxxxxxxxxx-x0001 | **Describe Property Securing Debt:**<br>9435 S. 86th Ct. Hickory Hills, IL 60457 |

Property will be (check one):
☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt      ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Francis J. Labayen**                                    CASE NO
          **Gloria O. Labayen**
                                                                   CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 8*

---

Property No.   16

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| State Bank of Countryside | 2024 N. 19th Ave., Melrose Park, IL 60160 |
| Loan Department | |
| 6734 Joliet Road | |
| Countryside, IL 60525 | |
| xxxxxxxxxxx-x0004 | |

Property will be (check one):
- ☐ Surrendered      ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt      ☐ Not claimed as exempt

---

Property No.   17

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| SVO Portfolio Services, Inc. | Starwood Desert Willow Timeshare |
| an Affiliate of WVC Rancho Mirage, Inc. | |
| PO BOX 105629 | |
| Atlanta, GA 30348-5629 | |
| xxxxxx/xxxx xx/xxxx xx2065 | |

Property will be (check one):
- ☐ Surrendered      ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt      ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Francis J. Labayen**                                  CASE NO
        **Gloria O. Labayen**
                                                                CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 9*

| Property No.   18 | |
|---|---|
| **Creditor's Name:**<br>Winona National Bank<br>PO BOX 499<br>Winona, MN 55987<br>xxxxxx0723 | **Describe Property Securing Debt:**<br>8402 Buckingham Ct., Willow Springs, IL 60480 |

Property will be (check one):
- ☐ Surrendered   ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
- ☐ Claimed as exempt   ☐ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>Alicia Jennings<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5017 W. 14th St.,<br>Cicero, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑      NO ☐ |

| Property No.   2 | | |
|---|---|---|
| **Lessor's Name:**<br>Alicia Parks<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5830-5834 West 28th<br>St., Cicero, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑      NO ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   **Francis J. Labayen**                                    CASE NO
         **Gloria O. Labayen**
                                                                  CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 10*

| Property No.   3 | | |
|---|---|---|
| **Lessor's Name:**<br>Ana Saldana<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   4 | | |
|---|---|---|
| **Lessor's Name:**<br>Angel Perales<br>c/o F&G Real Estate, Inc.<br>8402 Commerce Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2645 Ridgeland Ave., Berwyn, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   5 | | |
|---|---|---|
| **Lessor's Name:**<br>Armando Santoyo<br>c/o F&G Real Estate Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2024 N. 19th Ave., Melrose Park, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   6 | | |
|---|---|---|
| **Lessor's Name:**<br>Bertel Jackson<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   **Francis J. Labayen**                                    CASE NO
         **Gloria O. Labayen**
                                              CHAPTER     **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 11*

| Property No.   7 | | |
|---|---|---|
| **Lessor's Name:**<br>Bonnie Oneal<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.,<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address 4602 Lawndale,<br>Lyons, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   8 | | |
|---|---|---|
| **Lessor's Name:**<br>Brenda Burres<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5017 W. 14th St.,<br>Cicero, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   9 | | |
|---|---|---|
| **Lessor's Name:**<br>Candice Goyette<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.,<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 6929 Pershing<br>Road., Stickney, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   10 | | |
|---|---|---|
| **Lessor's Name:**<br>Catherine Lucas<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.,<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5017 W. 14th St.,<br>Cicero, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   **Francis J. Labayen**                                    CASE NO
       **Gloria O. Labayen**
                                                     CHAPTER    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 12*

| Property No.   11 | | |
|---|---|---|
| **Lessor's Name:**<br>Catina Elem<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease<br>Property address: 5424 W. 26th, Cicero, IL | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   12 | | |
|---|---|---|
| **Lessor's Name:**<br>Charles Denton<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5017 W. 14th St., Cicero, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   13 | | |
|---|---|---|
| **Lessor's Name:**<br>Chris Jicha<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 6929 Pershing Road., Stickney, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   14 | | |
|---|---|---|
| **Lessor's Name:**<br>Courtney Miles<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5017 W. 14th St., Cicero, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   **Francis J. Labayen**                                          CASE NO
             **Gloria O. Labayen**
                                                                          CHAPTER    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 13*

| Property No.    15 | | |
|---|---|---|
| **Lessor's Name:**<br>Covanda Kincaid<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease<br>Property address: 5424 W. 26th, Cicero, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☑        NO  ☐ |

| Property No.    16 | | |
|---|---|---|
| **Lessor's Name:**<br>Criselda Smith<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 9435 S. 86th Ct. Hickory Hills, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☑        NO  ☐ |

| Property No.    17 | | |
|---|---|---|
| **Lessor's Name:**<br>Damion Flowers<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 6929 Pershing Road., Stickney, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☑        NO  ☐ |

| Property No.    18 | | |
|---|---|---|
| **Lessor's Name:**<br>Darryl Streets<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 4911 Columbus, Oak Lawn, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☑        NO  ☐ |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Francis J. Labayen**                                      CASE NO
          **Gloria O. Labayen**
                                                                     CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 14*

| Property No.   19 | | |
|---|---|---|
| **Lessor's Name:**<br>David Camillotto<br>c/o F&G Properties, Inc.<br>8402 Buckingham Ct.<br>Willow Sprnigs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 4911 Columbus, Oak Lawn, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   20 | | |
|---|---|---|
| **Lessor's Name:**<br>Dominique Brown<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   21 | | |
|---|---|---|
| **Lessor's Name:**<br>Don Thompson<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 6929 Pershing Road., Stickney, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   22 | | |
|---|---|---|
| **Lessor's Name:**<br>Donna Watson<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 6929 Pershing Road., Stickney, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   **Francis J. Labayen**                                    CASE NO
         **Gloria O. Labayen**
                                                                  CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 15*

| Property No.   23 | | |
|---|---|---|
| **Lessor's Name:**<br>Dorothy Johnson<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5017 W. 14th St.,<br>Cicero, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES  ☑        NO  ☐ |

| Property No.   24 | | |
|---|---|---|
| **Lessor's Name:**<br>Edgar Novoa<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2024 N. 19th Ave.,<br>Melrose Park, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES  ☑        NO  ☐ |

| Property No.   25 | | |
|---|---|---|
| **Lessor's Name:**<br>Edward and Loretta Craig<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 4911 Columbus, Oak<br>Lawn, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES  ☑        NO  ☐ |

| Property No.   26 | | |
|---|---|---|
| **Lessor's Name:**<br>Elaine Buckhalter<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5017 W. 14th St.,<br>Cicero, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES  ☑        NO  ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:  **Francis J. Labayen**                              CASE NO
        **Gloria O. Labayen**
                                                           CHAPTER    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 16*

| Property No.   27 | | |
|---|---|---|
| **Lessor's Name:**<br>Frank Cuffan<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Sprnigs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 6929 Pershing Road., Stickney, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☑         NO  ☐ |

| Property No.   28 | | |
|---|---|---|
| **Lessor's Name:**<br>George Gilbert<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 4911 Columbus, Oak Lawn, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☑         NO  ☐ |

| Property No.   29 | | |
|---|---|---|
| **Lessor's Name:**<br>George Stinson<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 6929 Pershing Road., Stickney, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☑         NO  ☐ |

| Property No.   30 | | |
|---|---|---|
| **Lessor's Name:**<br>Glen Sills<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☑         NO  ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:  **Francis J. Labayen**                    CASE NO
        **Gloria O. Labayen**
                                           CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 17*

| Property No.   31 | | |
|---|---|---|
| **Lessor's Name:**<br>Gloria Harris and Curtis Griffin<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5017 W. 14th St.,<br>Cicero, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES  ☑        NO  ☐ |

| Property No.   32 | | |
|---|---|---|
| **Lessor's Name:**<br>Gustavo Contreras<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 6929 Pershing<br>Road., Stickney, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES  ☑        NO  ☐ |

| Property No.   33 | | |
|---|---|---|
| **Lessor's Name:**<br>Gustavo Nunez<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address 4602 Lawndale,<br>Lyons, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES  ☑        NO  ☐ |

| Property No.   34 | | |
|---|---|---|
| **Lessor's Name:**<br>Hoslett Cardoves<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease<br>Property address: 5424 W. 26th.,<br>Cicero, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES  ☑        NO  ☐ |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Francis J. Labayen**                                    CASE NO
         **Gloria O. Labayen**
                                                                   CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 18*

| Property No.   35 | | |
|---|---|---|
| **Lessor's Name:**<br>Irene Orozco<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2024 N. 19th Ave.,<br>Melrose Park, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   36 | | |
|---|---|---|
| **Lessor's Name:**<br>Jere Lynch<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5017 W. 14th St.,<br>Cicero, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   37 | | |
|---|---|---|
| **Lessor's Name:**<br>Jessie Castillo<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address 4602 Lawndale,<br>Lyons, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   38 | | |
|---|---|---|
| **Lessor's Name:**<br>Jesus Rosaa<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2024 N. 19th Ave.,<br>Melrose Park, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   **Francis J. Labayen**                                              CASE NO
         **Gloria O. Labayen**
                                                                             CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 19*

| Property No.   39 | | |
|---|---|---|
| **Lessor's Name:**<br>Joe Pulido<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2645 Ridgeland Ave.,<br>Berwyn, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   40 | | |
|---|---|---|
| **Lessor's Name:**<br>Joe Taylor<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5017 W. 14th St.,<br>Cicero, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   41 | | |
|---|---|---|
| **Lessor's Name:**<br>Joey and Courtney Pace<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 4911 Columbus, Oak<br>Lawn, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   42 | | |
|---|---|---|
| **Lessor's Name:**<br>John Hannah<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease<br>Property address: 5424 W. 26th, Cicero,<br>IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Francis J. Labayen**                                    CASE NO
        **Gloria O. Labayen**
                                                                 CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 20*

| Property No.   43 | | |
|---|---|---|
| **Lessor's Name:**<br>John Powell<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 6929 Pershing<br>Road., Stickney, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑           NO ☐ |

| Property No.   44 | | |
|---|---|---|
| **Lessor's Name:**<br>Johnny Petty<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease<br>Property address: 5424 W. 26th.,<br>Cicero, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑           NO ☐ |

| Property No.   45 | | |
|---|---|---|
| **Lessor's Name:**<br>June Castillo<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address 9435 S. 86th Ct.<br>Hickory Hills, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑           NO ☐ |

| Property No.   46 | | |
|---|---|---|
| **Lessor's Name:**<br>Justin Lohrer<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 4911 Columbus, Oak<br>Lawn, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑           NO ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:  **Francis J. Labayen**                                           CASE NO
        **Gloria O. Labayen**
                                                                         CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 21*

| Property No.   47 | | |
|---|---|---|
| **Lessor's Name:**<br>Kathleen Valentino<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5830-5834 West 28th<br>St., Cicero, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   48 | | |
|---|---|---|
| **Lessor's Name:**<br>Katricsha Smith<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address 9435 S. 86th Ct.<br>Hickory Hills, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   49 | | |
|---|---|---|
| **Lessor's Name:**<br>LaSonya Elem<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Court<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease<br>Property address: 5424 W. 26th, Cicero,<br>IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   50 | | |
|---|---|---|
| **Lessor's Name:**<br>Latevia Stevenson<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5830-5834 West 28th<br>St., Cicero, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Francis J. Labayen**                                    CASE NO
         **Gloria O. Labayen**
                                                                   CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 22*

| Property No.   51 | | |
|---|---|---|
| **Lessor's Name:**<br>Lavergne Warfield<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5017 W. 14th St.,<br>Cicero, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   52 | | |
|---|---|---|
| **Lessor's Name:**<br>LB Boyce<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5017 W. 14th St.,<br>Cicero, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   53 | | |
|---|---|---|
| **Lessor's Name:**<br>Lena Santoyo<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2645 Ridgeland Ave.,<br>Berwyn, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   54 | | |
|---|---|---|
| **Lessor's Name:**<br>Lidia Bernal<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5830-5834 West 28th<br>St., Cicero, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Francis J. Labayen**                                    CASE NO
         **Gloria O. Labayen**
                                                                  CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 23*

| Property No.   55 | | |
|---|---|---|
| **Lessor's Name:**<br>Lisa Simmons<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 6929 Pershing Road., Stickney, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   56 | | |
|---|---|---|
| **Lessor's Name:**<br>Luz Marrero<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   57 | | |
|---|---|---|
| **Lessor's Name:**<br>Luz Vargas<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 64080 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   58 | | |
|---|---|---|
| **Lessor's Name:**<br>Marcus Jones<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address 4602 Lawndale, Lyons, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:  **Francis J. Labayen**                                                        CASE NO
       **Gloria O. Labayen**
                                                               CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 24*

| Property No.   59 | | |
|---|---|---|
| **Lessor's Name:**<br>Margarito Perez<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2024 N. 19th Ave.,<br>Melrose Park, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑         NO ☐ |

| Property No.   60 | | |
|---|---|---|
| **Lessor's Name:**<br>Maria Duran<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2024 N. 19th Ave.,<br>Melrose Park, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑         NO ☐ |

| Property No.   61 | | |
|---|---|---|
| **Lessor's Name:**<br>Mark Hanes<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2645 Ridgeland Ave.,<br>Berwyn, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑         NO ☐ |

| Property No.   62 | | |
|---|---|---|
| **Lessor's Name:**<br>Mark Pilette<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 4911 Columbus, Oak<br>Lawn, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑         NO ☐ |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Francis J. Labayen**                                    CASE NO
         **Gloria O. Labayen**
                                                                   CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 25*

| Property No.   63 | | |
|---|---|---|
| **Lessor's Name:**<br>Michael LaFaire<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease<br>Propety address: 5424 W. 26th., Cicero, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   64 | | |
|---|---|---|
| **Lessor's Name:**<br>Michael Strawder<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2645 Ridgeland Ave., Berwyn, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   65 | | |
|---|---|---|
| **Lessor's Name:**<br>Natasha Murray<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   66 | | |
|---|---|---|
| **Lessor's Name:**<br>Neal Magouirk<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address 4602 Lawndale, Lyons, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **Francis J. Labayen**                                    CASE NO
         **Gloria O. Labayen**
                                                                  CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 26*

| Property No.   67 | | |
|---|---|---|
| **Lessor's Name:**<br>Nichelle Warren<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address 9435 S. 86th Ct.<br>Hickory Hills, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑         NO ☐ |

| Property No.   68 | | |
|---|---|---|
| **Lessor's Name:**<br>Norma Eilers<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2645 Ridgeland Ave.,<br>Berwyn, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑         NO ☐ |

| Property No.   69 | | |
|---|---|---|
| **Lessor's Name:**<br>Pedro and Zoraida Rosa<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2024 N. 19th Ave.,<br>Melrose Park, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑         NO ☐ |

| Property No.   70 | | |
|---|---|---|
| **Lessor's Name:**<br>Pedro Lopez and Maritza Chavez<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2645 Ridgeland Ave.,<br>Berwyn, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES ☑         NO ☐ |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Francis J. Labayen**                      CASE NO
        **Gloria O. Labayen**
                                                    CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 27*

| Property No.   71 | | |
|---|---|---|
| **Lessor's Name:**<br>Pete Winchill<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   72 | | |
|---|---|---|
| **Lessor's Name:**<br>Peter Bugvillions<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   73 | | |
|---|---|---|
| **Lessor's Name:**<br>Priscilla Johnson<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2645 Ridgeland Ave., Berwyn, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   74 | | |
|---|---|---|
| **Lessor's Name:**<br>Raetell Buchanan<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address 4602 Lawndale, Lyons, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:  **Francis J. Labayen**                                    CASE NO
        **Gloria O. Labayen**
                                              CHAPTER    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 28*

| Property No.   75 | | |
|---|---|---|
| **Lessor's Name:**<br>Richard and Ann Key<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 4911 Columbus, Oak Lawn, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   76 | | |
|---|---|---|
| **Lessor's Name:**<br>Ricky Boss<br>c/o F&G Real Estate<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 4911 Columbus, Oak Lawn, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   77 | | |
|---|---|---|
| **Lessor's Name:**<br>Sam Jahiri<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 6929 Pershing Road., Stickney, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   78 | | |
|---|---|---|
| **Lessor's Name:**<br>Santos Gutierrez<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Court<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease<br>Property address: 5424 W. 26th, Cicero, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:  **Francis J. Labayen**                                    CASE NO
        **Gloria O. Labayen**
                                                                 CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 29*

| Property No.   79 | | |
|---|---|---|
| **Lessor's Name:**<br>Sean and Linda Murphy<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   80 | | |
|---|---|---|
| **Lessor's Name:**<br>Sharon Holmes<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60482 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2024 N. 19th Ave., Melrose Park, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   81 | | |
|---|---|---|
| **Lessor's Name:**<br>Sherayne Baker<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5830-5834 West 28th St., Cicero, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   82 | | |
|---|---|---|
| **Lessor's Name:**<br>Shirelle Shaw<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2024 N. 19th Ave., Melrose Park, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Francis J. Labayen**                                        CASE NO
         **Gloria O. Labayen**
                                                                       CHAPTER    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 30*

| Property No.    83 | | |
|---|---|---|
| **Lessor's Name:**<br>Stephanie Miles<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 5017 W. 14th St.,<br>Cicero, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES  ☑            NO  ☐ |

| Property No.    84 | | |
|---|---|---|
| **Lessor's Name:**<br>Steve Slawomir Piecak<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 2024 N. 19th Ave.,<br>Melrose Park, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES  ☑            NO  ☐ |

| Property No.    85 | | |
|---|---|---|
| **Lessor's Name:**<br>Teidra Little<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address 4602 Lawndale,<br>Lyons, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES  ☑            NO  ☐ |

| Property No.    86 | | |
|---|---|---|
| **Lessor's Name:**<br>Theresa Osinger Collins<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address 4602 Lawndale,<br>Lyons, IL. | Lease will be Assumed pursuant to<br>11 U.S.C. § 365(p)(2):<br><br>YES  ☑            NO  ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Francis J. Labayen**                                    CASE NO
        **Gloria O. Labayen**
                                         CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 31*

| Property No.   87 | | |
|---|---|---|
| **Lessor's Name:**<br>Theresa Reilly<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 4911 Columbus, Oak Lawn, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   88 | | |
|---|---|---|
| **Lessor's Name:**<br>Tom and Pam Krezel<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 6929 Pershing Road., Stickney, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   89 | | |
|---|---|---|
| **Lessor's Name:**<br>Tom Shannon and Kim Schott<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 6929 Pershing Road., Stickney, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

| Property No.   90 | | |
|---|---|---|
| **Lessor's Name:**<br>Vanessa Beltran<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease<br>Property address: 5424 W. 26th, Cicero, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑        NO ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Francis J. Labayen**                                      CASE NO
         **Gloria O. Labayen**
                                                                     CHAPTER   **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 32*

| Property No.   91 | | |
|---|---|---|
| **Lessor's Name:**<br>Vanessa McDonald<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address 9435 S. 86th Ct.<br>Hickory Hills, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   92 | | |
|---|---|---|
| **Lessor's Name:**<br>Verdell Dent<br>c/o F&G Real Estate Inc.<br>8402 Buckingham Court<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease<br>Property address: 5424 W. 26th, Cicero, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   93 | | |
|---|---|---|
| **Lessor's Name:**<br>William Wesley<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 4911 Columbus, Oak Lawn, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

| Property No.   94 | | |
|---|---|---|
| **Lessor's Name:**<br>Yohanna Castellanos<br>c/o F&G Real Estate, Inc.<br>8402 Buckingham Ct.<br>Willow Springs, IL 60480 | **Describe Leased Property:**<br>Month to month residential lease.<br>Property address: 6929 Pershing Road., Stickney, IL. | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   **Francis J. Labayen**
         **Gloria O. Labayen**

CASE NO

CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*Continuation Sheet No. 33*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  _9/29/2011_

Signature  _/s/ Francis J. Labayen_
           *Francis J. Labayen*

Date  _9/29/2011_

Signature  _/s/ Gloria O. Labayen_
           *Gloria O. Labayen*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Francis J. Labayen**                                     CASE NO
         **Gloria O. Labayen**
                                                                    CHAPTER   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:                    **$5,001.00**

   Prior to the filing of this statement I have received:          **$5,001.00**

   Balance Due:                                                    **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION
   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   _____**9/29/2011**_____        **/s/ Mark R. Schottler**
              *Date*                          *Mark R. Schottler*                Bar No.  6238871
                                              Schottler & Associates
                                              10 S. LaSalle St.
                                              Suite 1130
                                              Chicago, IL 60603

---

___**/s/ Francis J. Labayen**_____        ___**/s/ Gloria O. Labayen**_____
*Francis J. Labayen*                            *Gloria O. Labayen*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Francis J. Labayen**                                      CASE NO
         **Gloria O. Labayen**

                                                            CHAPTER      **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _9/29/2011_____          Signature _/s/ Francis J. Labayen_____
                                                    *Francis J. Labayen*

Date _9/29/2011_____          Signature _/s/ Gloria O. Labayen_____
                                                    *Gloria O. Labayen*